### In re PHILLIPS.

(District Court, S. D. Texas, at Houston. December 11, 1924.)

#### No. 2854.

Aliens ⬤➡62—Conviction of illegal possession of a still held to bar admission to citizenship.

Conviction of an alien of illegal possession of a still, which is made a specific offense by the Prohibition Act, during the five years before his application for naturalization, *held* to bar his admission to citizenship, though he manufactured no liquor.

Petition by George Phillips for naturalization. Denied.

Walter Wheatley, Naturalization Examiner, of Houston, Tex., for the United States.

HUTCHESON, District Judge. This case is the same as In re Nagy, just decided, 3 F.(2d) 77, except that in the Nagy Case petitioner had been convicted of the manufacture of liquor. In this case the offense was the unlawful possession of a still. This offense the Volstead Act (Comp. St. Ann. Supp. 1923, § 10138¼ et seq.) denounces as a misdemeanor, and for its violation a fine may be imposed of from $100 to $500.

The petitioner naively declared that he had not made any whisky; that he had tried to, but all he got out of his experiment was a little "wormy water"; and he therefore asserted with much vehemence that he ought not to be denied his citizenship, since his efforts at law violation had proved abortive. I am not prepared to concede that the failure to commit an offense because of insufficient ability or preparation would advantage an applicant for his "accolade," since it is the man's heart and intent which is here searched, rather than his achievements. But it is not necessary for me to so decide, since the law makes the possession of a still, without manufacture, a specific offense.

This being so, the case falls in principle directly within that of Nagy, and the same order will be entered.